**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**<u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>**

I, Isaac Robison, your affiant, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (hereafter FBI) and have been since May 2019. As such, I am a federal law enforcement officer authorized to investigate violations of federal law. I have attended basic training regarding all FBI investigations, to include violent crime, located at the FBI Academy at Quantico, Virginia. In March 2022, I attended training concerning violent criminal gangs at the Mid-Atlantic Regional Gang Investigators Network in Baltimore, MD. My current assignment is to investigate violations of federal laws to include violent crime and gangs in the Louisville Division of the FBI, Lexington Resident Agency.

2. This affidavit is being submitted in support of a criminal complaint. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Braelin Weaver ("Weaver") has committed violations of the Target Offenses.

3. The statements contained in this Affidavit are based, in part, on information I have learned through my own investigation, experience, and background as an FBI Special Agent. The statements contained herein are also based on information gained from other law enforcement officials and individuals who have assisted in this investigation. The information contained herein is not meant to include every detail of every aspect of his investigation, but to provide sufficient information to establish probable cause for the

1

issuance of a Criminal Complaint and arrest warrant for Weaver.

## THE TARGET OFFENSES

4. This investigation concerns allegations that Weaver violated Title 18, United States Code, Section 2113(a), relating to armed bank robbery, and Title 18, United States Code, Section 924(c)(1)(A), using/discharging a firearm in furtherance of a crime of violence— referred to collectively herein as the "Target Offenses."

5. Two deaths resulted from the Target Offenses.

6. Pursuant to Title 18, United States Code, Section 924(j), "[a] person who, in the course of a violation of subsection [924](c), causes the death of a person through the use of a firearm, shall…if the killing is a murder (as defined in section 1111), be punished by death or by imprisonment for any term of years or for life."

## PROBABLE CAUSE

7. On April 30, 3036, at approximately 1:57 pm, a suspect ("Suspect") entered a US Bank located at 630 Chestnut St, Berea, KY (hereafter, "the bank").

8. Upon entering the bank, Suspect immediately shot and killed a male victim. Shortly thereafter, Suspect shot and killed a teller. Immediately after incapacitating these two individuals, Suspect checked multiple drawers and then immediately left the bank.

9. The bank's surveillance footage shows an apparent white or light-skinned male with a slim build wearing a black mask, black gloves, a light-colored hoodie, medium-grey pants ("suspect pants"), and white sneakers with light grey accents ("suspect shoes").



10. Suspect fled from the bank towards Davis & Powell Funeral Home located near the bank. Surveillance footage showed a silver BMW sedan with Alabama license plate A0DYH97 (hereafter, "the BMW").

11. The BMW was found to be for sale on Facebook by an individual with an account with display name Brailen Weaver, phone number 5134199152, email address fineyoungman07@gmail.com.

12. An emergency disclosure was served to Facebook and found the account owner to be Brailen Weaver ("Weaver"), born in June 2007 (exact date known to law enforcement but shielded herein).

13. One of Weaver's social media accounts contains one picture of him wearing the suspect shoes and one picture of him wearing the suspect pants. Weaver also possesses

3

the same physical build as the suspect.



(Weaver pictured on the right in the suspect shoes.)



(Closeup of the suspect shoes from the picture above.)



(Apparent picture of Weaver in the suspect pants.)

14. Law enforcement also learned that Weaver was seen on video surveillance at a gas station a few weeks prior to the robbery in the silver BMW suspect vehicle.

15. At approximately 8:00 pm on the night of the robbery/homicide, Weaver continued to post on social media:



5

16. Location information for Weaver on the evening of April 30, 2026, showed Weaver in Somerset, Kentucky. Subsequent location information showed Weaver heading towards Interstate-75.

17. FBI identified Weaver's vehicle on Interstate-75. Federal, state, and local law enforcement then pursued Weaver. Weaver exceeded speeds of 100 miles per hour throughout the pursuit. Weaver avoided damage from spike strips placed on the interstate and quickly took exit 115, heading inbound towards downtown Lexington, reaching speeds of approximately 130 miles per hour on Newtown Pike. Weaver crashed the BMW and then began fleeing on foot.

18. Law enforcement located a firearm in the BMW.

19. Weaver is still at large.

20. Based on all the information contained above, your affiant has probable and reasonable cause to believe that Weaver committed the Target Offenses. In the commission of the Target Offenses, Weaver caused two deaths with a firearm.

21. I state that the above information is true and correct to the best of my knowledge, and requests that this Criminal Complaint and corresponding arrest warrant be issued.

/s/ Isaac W. Robison
_____

Isaac W. Robison, Special Agent
Federal Bureau of Investigation

6

Affiant attested by reliable electronic means (telephone) per FRCrP 4.1 on this 30th day of April, 2026.

_____
Honorable Matthew A. Stinnett
United States Magistrate Judge
Eastern District of Kentucky

7